PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Augustus Ejere  Cr.: 11-00464-001
PACTS #: 58243

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/10/2014

Original Offense: False statements to Medicare

Original Sentence: 36 Months Probation

Special Conditions: Six Months Location Monitoring, Cooperation with Immigration and Customs Enforcement, New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, $100 Special Assessment, and $195,602 in Restitution

Type of Supervision: Probation  Date Supervision Commenced: 11/10/2014

## STATUS REPORT

We believe that Mr. Ejere has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,650 towards his restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any uncollected criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Ejere's term of supervision to expire as scheduled on November 9, 2017.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
U.S. Probation Officer Assistant
Date: 08/25/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Supervision to Expire on November 9, 2017

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
September 7, 2017
Date